

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. **'07 MJ 8914** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 8, U.S.C., Section 1326 |
| Juan Carlos HUESOS-Ramos, | Deported Alien Found In the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about November 6, 2007, within the Southern District of California, defendant Juan Carlos HUESOS-Ramos, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4) , and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

MARCO A. MIRANDA
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 8th DAY OF NOVEMBER 2007.

PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Juan Carlos HUESOS-Ramos

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, L. Samaniego, that the Defendant was found and arrested on November 6, 2007 west of Calexico, California.

BPA Samaniego was performing his assigned Border Patrol duties approximately 29 miles west of Calexico, California. BPA Samaniego encountered four individuals, one later identified as Juan Carlos HUESOS-Ramos. BPA Samaniego identified himself as a Border Patrol Agent and questioned HUESOS and the other individuals as to their immigration status to be in the United States. They all stated that they are citizens of Mexico and illegally in the United States. HUESOS and the other individuals were placed under arrest.

Record checks revealed that an Immigration Judge ordered HUESOS deported to Mexico from the United States on December 20, 2000. Record checks also revealed that HUESOS has an extensive criminal record.

There is no evidence HUESOS has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.