FILED

2007 DEC -4 PM 12: 40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY \_\_\_\_KNH\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07 CR 3268 W |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JUAN CARLOS HUESOS-RAMOS, ) | |
| Defendant. ) | |

The grand jury charges:

On or about November 6, 2007, within the Southern District of California, defendant JUAN CARLOS HUESOS-RAMOS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

JJO:nlv:Imperial
12/3/07

It is further alleged that defendant JUAN CARLOS HUESOS-RAMOS was removed from the United States subsequent to November 22, 2005.

DATED: December 4, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2