FILED
MAR 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3268-W |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | **(Superseding)** |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JUAN CARLOS HUESOS-RAMOS, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 (Felony) |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about 9/30/2004, within the Southern District of California, defendant JUAN CARLOS HUESOS-RAMOS, being an alien, unlawfully entered or attempted to enter the United States in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//
//
//

**Count 2**

On or about 10/31/2005, within the Southern District of California, defendant JUAN CARLOS HUESOS-RAMOS, being an alien, unlawfully entered or attempted to enter the United States AFTER ~~at a~~ having previously committed the offense of unlawfully entering or attempting to enter the United States, AS CHARGED IN COUNT I all in violation of Title 8, United States Code, Section 1325, a felony.

**Count 3**

On or about November 6, 2007, within the Southern District of California, defendant JUAN CARLOS HUESOS-RAMOS, being an alien, unlawfully entered or attempted to enter the United States AFTER ~~at a~~ having previously committed the offense of unlawfully entering or attempting to enter the United States, AS CHARGED IN COUNT I all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 24, 2008

KAREN P. HEWITT
United States Attorney

LAWRENCE A. CASPER
Assistant U.S. Attorney